# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-1383

_____

Brett McNeal

*Plaintiff - Appellant*

v.

University of Minnesota Physicians

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: March 13, 2018
Filed: June 28, 2018
[Unpublished]

_____

Before GRUENDER, BEAM, and KELLY, Circuit Judges.

_____

PER CURIAM.

Brett McNeal appeals after the district court[1] adversely granted summary judgment in his employment-discrimination and wrongful-discharge suit against his

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

former employer, University of Minnesota Physicians. Having reviewed the record and the parties' arguments on appeal, we conclude that the district court did not err in its decision. *See* Fed. R. Civ. P. 56(a) ("The court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law."); *Gibson v. Am. Greetings Corp.*, 670 F.3d 844, 852-53 (8th Cir. 2012) (explaining that we review a grant of summary judgment *de novo*, viewing all facts in the light most favorable to the nonmoving party). Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.

_____